**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| SAMIH OMAR, ) | CASE NO. 1:06 cv 2750 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE ALDRICH |
| v. ) | MAGISTRATE JUDGE VECCHIARELLI |
| ) | |
| MICHAEL CHERTOFF, Secretary ) | |
| Department of Homeland Security, et al., ) | |
| ) | **MEMORANDUM OPINION** |
| Defendants. ) | **AND ORDER** |

      Before this Court is Plaintiff Samih Omar's Second Motion to Inspect Evidence "In Camera." (Doc. No. 30.) The Honorable Ann Aldrich referred this matter as part of a general referral for full pretrial supervision to the Undersigned in a March 1, 2010 Order. (Doc. No. 47.)

      The Court heard oral argument on this matter on March 31, 2010. At the hearing, the parties indicated that discovery dispute had been largely resolved with the exception of one document, which consisted of handwritten notes that were partially redacted on the basis of deliberative process. (Doc. No. 49, Exhibit C, p. 4, identified as "Page 328-29 of 361, Part 5.") The Undersigned inspected the document *in camera*

1

and agreed with the Government that it was properly redacted under the deliberative process doctrine. *See Schell v. United States Department of Health & Human Servs.*, 843 F.2d 933, 940 (6th Cir. 1988). Plaintiff Omar raised no objections to the Court's determination at the hearing.

Therefore, Plaintiff's Second Motion to Inspect Evidence "In Camera" (Doc No. 30) is DENIED AS MOOT.

IT IS SO ORDERED.

*s/ Nancy A. Vecchiarelli*
U.S. Magistrate Judge

Date: April 5, 2010